**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| AMALGAMATED BANK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:23-cv-09511 |
| | ) | |
| JPMORGAN CHASE BANK, N.A. AND | ) | |
| ARMON WARREN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT NOTICE OF WITHDRAW OF LETTER MOTION TO QUASH

PLEASE TAKE NOTICE that Plaintiff Amalgamated Bank ("Amalgamated") and

Subpoena Respondent/Movant JPMorgan Chase Bank, N.A., ("Chase") notify the Court that,

because Chase provided a declaration/business records certification to Amalgamated,

Amalgamated has withdrawn its pending subpoenas. As a consequence, the parties have jointly

agreed that the Letter Motion to Quash filed by Chase on Friday, May 17, 2024 [Dkt. 49] shall

be withdrawn as moot.

Dated:   New York, New York
         May 22, 2024

                                              Respectfully submitted,


**HINSHAW & CULBERTSON LLP**          **DORSEY & WHITNEY LLP**

By:                                    By:   _/s/ Shan Helen Jiang_
Sherry Xia, Esq.                       Shan "Helen" Jiang
800 Third Avenue, 13th Floor           51 West 52nd Street
New York, NY 10022                     New York, New York 10019
Tel: (212) 471-6201                     (212) 415-9200

*Attorneys for JPMorgan Chase Bank, N.A.*   *Attorneys for Plaintiff Amalgamated Bank*

In light of this notice, the Letter Motion to Quash is deemed withdrawn.  The Clerk of Court is directed to terminate ECF No. 49 (as well as ECF No. 50, which the Court previously terminated, *see* ECF No. 66).

SO ORDERED.

May 23, 2024