UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMALGAMATED BANK, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> JPMORGAN CHASE BANK, N.A. AND ) <br> ARMON WARREN, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:23-cv-09511 <br><br> [PROPOSED] DEFAULT JUDGMENT |

This action having been commenced on October 30, 2023 by the filing of the Complaint, a copy of the Summons and Complaint having been served on Defendant Armon Warren by serving him via alternate means per the Court's March 27, 2024 Order (ECF No. 32), proof of service having been filed on April 5, 2024, Defendant not having answered or responded to the Complaint, and his time to do so having expired, and the Clerk of this Court having entered a Certificate of Default against Defendant on May 16, 2024, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Amalgamated Bank have judgment against Defendant Armon Warren for the principal amount sued for of $433,666.96, plus interest from August 24, 2023 to May 20, 2024 calculated at the rate of 9% per annum pursuant to CPLR §§ 5001 and 5004, in the amount of $ __32,721.06__, plus any postjudgment interest at the statutory rate, for a total judgment in the amount of $ __466,388.02__.

Dated:   New York, New York
         __June 25__, 2024

_____
Jesse M. Furman
United States District Judge

The Clerk of Court is directed to enter judgment consistent with this Order, terminate ECF No. 57, and close the case.